# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HERBERT W. KRICKHAHN and MARCIA A. KRICKHAHN, trustees of the Krickhahn Family Trust Dated March 6, 1007,<br><br>Plaintiffs,<br><br>v.<br><br>DAWN M. DEMUTH; TERRY C. DEMUTH; JAYNE L. MEYERS; and DOES 1-10, INCLUSIVE,<br><br>Defendants. | Case No. 19-cv-00632 DMS (KSC)<br><br>**ORDER GRANTING PLAINTIFFS' MOTION TO REMAND** |

Pending before the Court is Plaintiffs' Hebert Krickhahn and Marcia Krickhahn's motion to remand. On May 14, 2019, Plaintiffs filed this motion in response to Defendant Terry Demuth's second notice of removal of Plaintiffs' unlawful detainer action filed in the San Diego County Superior Court. (*See* RJN Ex. 1, ROA No. 1.)[1] The Court has already issued an order remanding this action

---

[1] The Court takes judicial notice of the Register of Actions for the superior court case at issue, *Herbert W. Krickhahn Trustee of the Krickhahn Family Trust Dated March 6, 1997 v. Demuth*, Case No. 37-2018-00057291-CL-UD-CTL. *See Reyn's Pasta Bella, LLC v. Visa USA, Inc.*, 442 F.3d 741, 746 n.6 (9th Cir. 2006) (a court

based on lack of subject matter jurisdiction. (*See Krickhahn et al v. Demuth et al*, Case No. 19-cv-00085-DMS-KSC, ECF No. 7.) Despite the Court's prior order, Defendant filed another notice of removal based on the same meritless grounds. Moreover, just like with his first removal, Defendant filed his second notice of removal on the eve of the scheduled trial date, allowing him to delay trial and remain on the property rent-free during this delay. (*See* RJN Ex. 1, ROA No. 57.)

For the reasons discussed in the prior order, the Court **GRANTS** Plaintiffs' motion to remand based on lack of subject matter jurisdiction. The Court also **GRANTS** Plaintiffs just cost and actual expenses incurred as a result of Defendant's unsubstantial removal, *see* 28 U.S.C. § 1447(c), and **ORDERS** Defendant not to remove this action again, unless Plaintiffs amend the complaint to add a claim arising under federal law. **Defendant is warned that any further removals in violation of this order are punishable by sanctions.**

**IT IS SO ORDERED.**

Dated: May 15, 2019

Hon. Dana M. Sabraw
United States District Judge

---

may take judicial notice of court filings and other matters of public record).